**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore**

Criminal Case No. 13-cr-00282-RM

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.      RAFAEL TORRES-GARCIA,
       a.k.a. Cid Israel Vega-Venites,

      Defendant.

_____

**ORDER SETTING CHANGE OF PLEA AND SENTENCING HEARING**
_____

      Pursuant to the Notice of Disposition (Docket No. 14) and Unopposed Motion for Immediate Sentencing (Docket No. 15), filed on July 30, 2013, a Change of Plea and Sentencing Hearing is set for **August 21, 2013**, **at 9:00 a.m.** on the docket of Judge Raymond P. Moore in the U.S. District Court, Courtroom A601, 6th Floor, 901 19th Street, Denver, Colorado.

      Counsel for the parties shall email a courtesy copy of all change of plea documents separately to my chambers: (Moore_Chambers@cod.uscourts.gov) and to the Probation Department not later than 48 hours before the change of plea hearing.  *See* D.C.COLO.LCrR 11.1C.  On the date of the hearing, counsel shall bring with them an original and one copy of the plea agreement and the statement in advance.  *See* D.C.COLO.LCrR 11.1F.

      The plea agreement shall be in the form required by D.C.COLO.LCrR 11.1C which includes a separate section identifying each essential element required by law for the commission of each criminal offense to which the defendant intends to enter a plea of guilty.

The statement in advance shall be in the form required by D.C.COLO.LCrR 11.1D.

IT IS ORDERED that the trial preparation conference scheduled for **September 3, 2013**, at **10:00 a.m.** and the **three-day** jury trial scheduled for **September 16, 2013**, at **10:00 a.m.** are VACATED.

DATED: August 5, 2013.

BY THE COURT:

_____
RAYMOND P. MOORE
United States District Judge